## DONALDSON v. DONALDSON

No. 391P00

Case below: 139 N.C. App. 206

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.

## EASTOVER RIDGE LLC. v. METRIC CONSTRUCTORS, INC.

No. 455P00

Case below: 139 N.C. App. 360

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.

## FORMYDUVAL v. BUNN

No. 318P00

Case below: 138 N.C. App. 381

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.

## GAUNT v. PITTAWAY

No. 472P00

Case below: 135 N.C. App. 442

Motion by defendants (Pittaway, Crain, Whitesides, Wing, Coulam and The Nalle Clinic) to dismiss the appeal by plaintiffs (Gaunt and Center for Reproductive Medicine, P.A.) for lack of substantial constitutional question allowed 21 December 2000. Petition by plaintiffs (Gaunt and Center for Reproductive Medicine, P.A.) for discretionary review pursuant to G.S. 7A-31 denied 21 December 2000.

## HANKINS v. MERCY HOSP.

No. 476P00

Case below: 139 N.C. App. 835

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.